COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| JOHN D. HAMRICK, | § | No. 08-16-00244-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| | § | of Bell County, Texas |
| THE STATE OF TEXAS, | § | (TC# 2C13-2833) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **January 13, 2017.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Terry Johnston, Court Reporter for the County Court at Law No. 2, for Bell County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **January 13, 2017.**

IT IS SO ORDERED this 22nd day of December, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.